IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  1:25-MJ-089-BU<br>ECF |
| JOSHUA COLE | |

<u>MOTION FOR PRETRIAL DETENTION</u>
<u>MOTION TO CONTINUE DETENTION HEARING</u>

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. *<u>Eligibility of Case</u>*.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_   A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation of section 1591, or federal crime of terrorism for which the maximum sentence is  10 years or more. (18 U.S.C. § 3142(f)(1)(A)).

    \_\_\_\_\_   An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

    \_\_\_\_\_   A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

    \_\_\_\_\_   A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

    \_\_\_\_\_   A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).

    \_\_X\_\_   A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

    \_\_\_\_\_   A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).

    \_\_X\_\_   A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or

       intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

2. ***Reason for Detention.*** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

    \_\_\_\_\_ Defendant's appearance as required.
    \_X\_ Safety of any other person and the community.

3. ***Rebuttable Presumption.*** The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). The presumption applies because there is:

    \_\_\_\_\_ A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(A)).
    \_\_\_\_\_ An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b. (18 U.S.C. § 3142(e)(3)(B)).
    \_\_\_\_\_ A federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(C)).
    \_\_\_\_\_ An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more. (18 U.S.C. § 3142(e)(3)(D))
    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(2)).
    \_\_\_\_\_ a qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)(3)(E)).

4. ***Time for Detention Hearing***. The United States requests the Court conduct the detention hearing:

    \_\_\_\_\_ At first appearance.
    \_X\_ After continuance of three days.
    \_\_\_\_\_ Moot at this time as defendant is in federal custody on a separate matter. Hearing requested if detention becomes a viable issue.

5. ***Eligibility for 10-Day Temporary Detention:*** The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A.    i)_____ The defendant is, and was at the time the offense was committed:

    _____ on release pending trial for a felony under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(i));
    _____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(ii));
    _____ on probation or parole for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(iii)); or

   ii)_____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20) (18 U.S.C. § 3142(d)(1)(B));

B.    And the defendant:

    _____ may flee; or
    _____ pose a danger to any other person or the community.

    Respectfully submitted,

    NANCY E. LARSON
    ACTING UNITED STATES ATTORNEY

    */s/ Matthew L. Tusing*

    MATTHEW L. TUSING
    Assistant United States Attorney
    Indiana State Bar No. 29526-49
    500 Chestnut St, Suite 601
    Abilene, Texas 79602
    Telephone: 325-271-6702
    E-mail: matt.tusing@usdoj.gov